# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERARDO ROSENDO** | : | |
| **VARGAS, JR.**, *et al.*, | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-0957** |
| | : | |
| **BERKS COUNTY CHILDREN AND** | : | |
| **YOUTH SERVICES**, *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 29th day of April, 2025, upon consideration of the Motions to Proceed *In Forma Pauperis* filed by Plaintiffs Gerardo Rosendo Vargas, Jr. and Jaqueline Rios (ECF Nos. 5 and 7) and *pro se* Amended Complaint (ECF No. 8), as well as the Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 9), Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 10), Motion to Appoint Special Master or Monitor (ECF No. 11), Motion for Sanctions (ECF No. 12), and Motion to Hold Defendants Individually Liable (ECF No. 13), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

4. All other motions (ECF Nos. 9, 10, 11, 12 and 13) are **DENIED AS MOOT**.

5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*

**JOHN M. GALLAGHER, J.**